**Max DIAMOND v. UNITED STATES.**

**Louis ROTHKOPF v. UNITED STATES.**

**Albert PHILLIPS v. UNITED STATES.**

**Morris PHILLIPS v. UNITED STATES.**

**Morris KLEIN v. UNITED STATES.**

**Joe KATER v. UNITED STATES.**

**Abraham BALABAN v. UNITED STATES.**

**Philip GOLDBERG v. UNITED STATES.**

**Harry ORLOFF v. UNITED STATES.**

**Sam GILDAR v. UNITED STATES.**

Nos. 7746–7755.

Circuit Court of Appeals, Sixth Circuit.
Feb. 17, 1938.

Herman E. Kohen, William J. Corrigan, and Gerard Pilliod, all of Cleveland, Ohio, Julian C. Ryer, of Chicago, Ill., and C. F. McConnell, Henry Galen, Henry A. Pollack, Stephen M. Young, and Harry F. Glick, all of Cleveland, Ohio, for appellants.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for the United States.

Before HICKS and SIMONS, Circuit Judges, and O'BRIEN, District Judge.

PER CURIAM.

It appearing upon the record in these appeals that evidence procured by wire tapping constituted a vital factor in the conviction of appellants, and that such testimony is forbidden by section 605 of the Federal Communication Act of 1934, 47 U.S.C.A. § 605 (see Frank Carmine Nardone et al. v. United States of America, 58 S.Ct. 275, 82 L.Ed. ——, decided by the Supreme Court December 20, 1937), it is therefore ordered and adjudged that the judgments appealed from be, and the same are, reversed and the cases are remanded to the District Court for new trials.

Reversed and remanded.

**In the Matter of Carl DRUCKER, Bankrupt-Appellee, David Berlinger, Creditor-Appellant.**

No. 170.

Circuit Court of Appeals, Second Circuit.
Jan. 10, 1938.

Benjamin Bayers, of New York City (Samuel Masia, of New York City, of counsel), for creditor-appellant.

Duberstein & Schwartz, of Brooklyn, N. Y. (Max Schwartz and Samuel C. Duberstein, both of Brooklyn, N. Y., on the brief), for bankrupt-appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

**Henry Earl DUNLAP, Appellant, v. E. B. SWOPE, Warden, U. S. Penitentiary, McNeil Island, Wash., Appellee.**

No. 8668.

Circuit Court of Appeals, Ninth Circuit.
Feb. 18, 1938.

Henry Earl Dunlap, in pro. per.

J. Charles Dennis, U. S. Atty., and Gerald Shucklin, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs herein, and after oral argument on behalf of appellee, ordered order of District Court affirmed, that a decree be filed and entered accordingly; mandate to issue as provided in rule 32.